SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5060
Facsimile:  (408) 535-5066

Attorneys for Plaintiff

FILED
2007 MAY 16  P 2: 46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  )  CR No. CR 07 00305
                          )
          Plaintiff,      )
                          )  MOTION AND [PROPOSED] ORDER TO
     v.                   )  SEAL INDICTMENT AND ARREST
                          )  WARRANT
TONY XIAOLIANG WANG,      )
                          )
          Defendant.      )
                          )

The United States, through undersigned counsel, respectfully moves this Court to seal the above-captioned indictment and arrest warrant until the defendant Tony Xiaoliang Wang makes his initial appearance before this Court.

DATED: May 16, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
HANLEY CHEW
Assistant United States Attorney

MOTION AND [PROPOSED] ORDER TO SEAL
U.S. v. WANG

## ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the indictment and arrest warrant in the above-captioned matter be sealed until defendant Tony Xiaoliang Wang makes his initial appearance before this Court.

DATED: May 16, 2007

_____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

MOTION AND [PROPOSED] ORDER TO SEAL
U.S. v. WANG