***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** June 11, 2007    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00305-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- TONY XIAOLIANG WANG    (P)
   **APPEARANCES:**

**PLTF:** AUSA: H. Chew    **DEFT:** E. Hung
           **INTERPRETER:**           A. Tam

**COURT ACTION: STATUS HEARING**

**Hearing Held. The defense needs time to review the case. The Court continued this matter to September 10, 2007 @ 10:00 am for a Status Hearing. The Court excluded time based effective preparation. Time is excluded to 9/10/07. Government to prepare exclusion order.**

                                        */s/ Jackie Garcia*
                                           **JACKIE GARCIA**
                                          **Courtroom Deputy**