SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060
   Facsimile: (408) 535-5066
   E-mail: Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

**FILED**

JUN 27 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TONY XIAOLIANG WANG, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 07-00305 RMW <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM JUNE 11, 2007 THROUGH SEPTEMBER 10, 2007 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

     Defendant Tony Xiaoliang Wang ("defendant") appeared for a status conference before this Court on June 11, 2007. Edward Hung, Esq. appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. The Court scheduled the next appearance in this matter on September 10, 2007 at 10:00 a.m.

     At the request of the parties, including the defendant, the Court enters this order documenting the exclusion of time from June 11, 2007 through September 10, 2007 from calculations under the Speedy Trial Act, 18 U.S.C. § 3161. The parties, including the defendant, agree and the Court finds and holds as follows:

1. The defendant understands and agrees to the exclusion of time for the period from June 11, 2007 through September 10, 2007 from calculations under the Speedy Trial Act, 18 U.S.C. § 3161 based upon the need for the defense counsel to investigate further the facts of the present case and effectively prepare for trial. The government has produced over a thousand pages of discovery in this matter and defense and defendant need additional time to review that discovery.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from June 11, 2007 through September 10, 2007.

Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 11, 2007 through September 10, 2007 from calculations under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, the Court further orders that (1) the next appearance date before this Court is scheduled for September 10, 2007 at 10:00 a.m.; and (2) the time from June 11, 2007 through September 10, 2007 is excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO STIPULATED.

DATED: 6/9/07

WONG & ASSOCIATES

EDWARD HUNG

DATED: 6/9/07

SCOTT N. SCHOOLS
United States Attorney

HANLEY CHEW
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6/11/07

THE HONORABLE RONALD WHYTE
United States District Court Judge

[PROPOSED] ORDER EXCLUDING TIME
U.S. v. WANG, NO: CR07-00305 RMW            2