# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** August 27, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00305 RMW

**TITLE:** UNITED STATES OF AMERICA   -V- TONY XIAOLIANG WANG

    **APPEARANCES:**          Present
    **INTERPRETER:**          Mandarin - Kasie Cheung
    PROBATION:

**PLTF:** AUSA: HANLEY CHEW     **DEFT:** EDWARD HUNG

**COURT ACTION:** DISPOSITION

**Hearing Held.    Plea agreement executed in open court.  Defendant plead guilty to Count 3.**

**Matter continued to 11/26/07 for Judgment and Sentencing.**

                                              /s/ Corinne Lew
                                              **Corinne Lew**
                                              **Courtroom Deputy**