**WONG & ASSOCIATES**
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124
FAX (510) 451-2448

LAWRENCE WONG
CHARLES C.P. WU (1950 - 1981)
EDWARD HUNG
DEZHAN (DANIEL) LI
LOAN HINH
DARREN WONG

OF COUNSEL
JOHN STONICH

October 29, 2007

The Honorable Ronald M. Whyte
United States District Judge
Northern District of California
280 South First Street
San Jose, CA 95113

    Re: <u>United States v. Tony Xiao Liang Wang</u>
        Case No. 07-00305 RMW

Dear Judge Whyte:

    In advance of the November 13, 2007 sentencing hearing for the above-referenced case, please find enclosed several letters of support on behalf of my client Tony Wang. We anticipate that several of his supporters will be present and that they will briefly address the Court if necessary.

Very truly yours,

WONG & ASSOCIATES

*(signature)*

Edward Hung

Enclosure(s) as stated

Cc: Hanley Chew, AUSA
    Brian Casai, Probation

To whom it may concern,

I have been asked to submit a character reference letter to the court on behalf of a long time friend, Tony Wang. I knew Tony for over 8 years and he'd always been a good and loyal kid to his family and friends. He is a skilled, intelligent indivinual who had deceived from online business. This person is trying to turn his life around and has done everything in his power to ~~correct~~ correct his wrong doings and remain a law abiding citizen. I would like to assist this person regain his life and livelihood as he has proved himself to be deserving

of a second chance.

I would appreciate help in writing a character reference letter to the Judge. Thank you!!

Sincerely,
June Chau
10/1/2007.

Dear Majesty,

We're the parents of Tony Wang, we both feel terribly sorry of the mistake that our child had done to the society and we would like to conty to you our sincere ~~and~~ apologies for any convenience the victims may have expeierd in the past few years.

Tony immigranted to United States in 1997, he had been working in the IT company and the whole time Restaurant. While he was going to school. Tony is a person with a good heart who always enjoy and helping peoples. he got cheated by peoples when he was ~~thing internet thing~~ trying to do his 1st business

out the internet and that leaded him to make the same mistake unconseraily. to other peoples. Given that Tomy is a young good and this is his first time to make the mistake, we sincerely hope that you can give him a second chance to regoin his live and a chance to become a better person.

Thank you.

Zhangxuan Wang
Minfeng Li
09-26-2007

Dear Judge:

Allow me to say something about Xiaoliang Tony Wang. I have known him for about two years. As I know, he is a very filial piety son. He gives massages to his parents every night; he cooks for the family; when his mom goes shopping, he always follows his mom to bring stuff, and doesn't buy anything for himself. Moreover, his parents are not good at English, so he bought English books and was very patient to teach them English. Even though, I'm living in Santa Cruz far away from his house, yet I know that his is a warm-hearted person. For example, he always invites friends to the parties, meals and movies; he always tries to help others even without asking. He helped me many times: such as, helped me to buy two cars; helped me to move; taught me to cook and drive; told me traffic laws, and so on.

The truth is humans are not the God, so we would make some mistakes big or small; more or less. I know that Tony did a big mistake, but I hope you still can give him a chance. I believe that he will be much better than he was. Thank you very much for your attention.

Sincerely,
Zhou Cai