SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5060
   Facsimile:   (408) 535-5066
   E-mail:  Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>TONY XIAOLIANG WANG,<br><br>         Defendant.<br>_____ | No. CR 07-00305 RMW<br><br>STIPULATION TO MOVE SENTENCING FORWARD FROM NOVEMBER 26, 2007 TO NOVEMBER 13, 2007 |

     The parties, including the defendant, stipulate as follows:

1.    On August 27, 2007, defendant Tony Xiaoliang Wang ("defendant") pled guilty, pursuant to a plea agreement, to count three of the above-captioned indictment which charged him with mail fraud, in violation of 18 U.S.C. § 1341.  The Court scheduled defendant's sentencing for November 26, 2007 at 9:00 a.m.

 2.    Because defendant's parents are elderly and ill, defendant wishes to begin serving any sentence in this case as soon as possible and therefore requests that the Court move his sentencing from November 26, 2007 to November 13, 2007.   The government and the Probation Office have no objections to defendant's request.

1    Therefore, the parties respectfully request that the Court move defendant's sentencing

2    forward from November 26, 2007 to November 13, 2007 at 9:00 a.m.

3
     IT IS SO STIPULATED.
4

5                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
6

7    Dated: 10/31/07                                 /s/ Hanley Chew
                                                     HANLEY CHEW
8                                                    Assistant United States Attorney

9
     Dated: 10/31/07                                 /s/ Edward Hung
10                                                   EDWARD HUNG
                                                     Attorney for Defendant
11

12                              **[PROPOSED] ORDER**

13       Having considered the stipulation of the parties, and good cause appearing, the Court

14   orders that sentencing of defendant Tony Xiaoliang Wang be moved forward from November 26,

15   2007 to November 13, 2007 at 9:00 a.m..

16   IT IS SO ORDERED.

17

18   DATED:_____    _____
                                                     THE HONORABLE RONALD M. WHYTE
19                                                   United States District Court Judge

20

21

22

23

24

25

26

27

28

STIP. TO MOVE SENTENCING FORWARD
U.S. v. WANG, CR 07-00305 RMW          2