**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** November 13, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00305-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- TONY XIAOLIANG WANG
          **APPEARANCES:**                          (P)

**PLTF:** AUSA: H. Chew          **DEFT:** E. Hung
**PROBATION OFFICER:** B. Casai          **INTERPRETER:** M. Ma

**COURT ACTION: JUDGMENT AND SENTENCING**

**Hearing Held. The Court sentenced the defendant to probation for a period of 3 years as to Count 3 of the Indictment. The defendant shall reside in a Community Confinement facility for a period of 4 months; Followed by, 4 months participation in the Home Confinement with Electronic Monitoring Program. The defendant is ordered to pay restitution in the amount of $47,839.99 to various victims. The defendant is also ordered to pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. The government moved to dismiss Count 1 thru 2, and 4 thru 9 of the Indictment. See Judgment for specifics.**

          /s/ *Jackie Garcia*
          **JACKIE GARCIA**
          **Courtroom Deputy**