11/16/2007 08:33 PM EDT

## Case Debt Type Payment Report
### U.S. Courts

Version 7.0

San Jose

| Party # Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| 001 TONY XIAOLANG WANG | 504100 | US V WANG SPECIAL PENALTY ASSESSMENT | | | | | | | |
| Case No. DCAN507CR000305 | | | 100.00 | 0.00 | CT 54611002060 | 0 | PR | 100.00 | 11/13/2007 |
| | | | | | Division Payment Total | | | 100.00 | |
| | | | | | Grand Total | | | 100.00 | |



NOV 26 2007

$ 100.00 SPECIAL ASSESSMENT 0 N 11/13/07
PAID IN FULL

Page 1 of 1