Lawrence Wong, SBN 80852
Edward Hung, SBN 221232
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone:   510-451-2124
Facsimile:   510-451-2448

*E-FILED - 1/21/09*

Attorneys for Defendant
Xiaoliang Wang

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | Case No.: CR-07-00305-001 RMW |
|---|---|
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER RE: EXONERATING THE** |
| Tony Xiaoliang Wang | **BOND AND RELEASING PASSPORT** |
| Defendants. | |

Defendant Tony Xiaoliang Wang, by and through his counsel Edward Hung and Assistant United States Attorney Hanley Chew, Esq., hereby stipulate and agree that the bond in the above entitled matter be exonerated and the defendant's passport be released. Good cause exists for granting this order since the defendant has entered a plea of guilty, has been sentenced, and completed his sentence.

    IT IS SO STIPULATED.

Dated: September 23, 2008

WONG & ASSOCIATES

EH /s/
_____
EDWARD HUNG
Attorney for Defendant
TONY XIAOLIANG WANG

1

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

                              HC /s/
Dated: September 23, 2008         _____
                              HANLEY CHEW, ESQ.
                              Assistant United States Attorney

**ORDER**

Pursuant to stipulation, the bond in the above-entitled matter is exonerated and the defendant's (current or expired) passport is ordered released and returned to the defendant.

**IT IS SO ORDERED**

Dated: __1/21/09_____.                        _/s/ Ronald M. Whyte_____
                                                     RONALD M. WHYTE
                                                     United States District Judge

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124